MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00542 JSW |
|    Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 20, 2013 TO JUNE 28, 2013 AND WAIVING TIME LIMITS UNDER RULE 32.1(b)(1) |
| JAMAR JONES, | ) | |
|    Defendant. | ) | |

      The Court previously set a date of June 20, 2013 at 9:30 a.m. for preliminary hearing on the above-captioned supervised release violation.  The government and counsel for the defense have met and conferred and determined that both parties will be better informed about the circumstances that led to Mr. Jones's arrest after the government is able to interview a key civilian witness in the case.  The government has diligently tried to contact that witness but has thus far been unsuccessful.  The parties now jointly request that the preliminary hearing be continued for eight days so that the parties may have additional time to investigate the case. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a preliminary hearing date of June 28, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under

Federal Rule of Criminal Procedure 32.1(b)(1) and from June 20, 2013 to June 28, 2013.  The parties agree, and the Court finds and holds, as follows:

    1.  Counsel for the defense believes that postponing the preliminary hearing until June 28, 2013 is in her client's best interest.

    2.  The defendant waives any time limits imposed by Federal Rule of Criminal Procedure 32.1 for preliminary hearing.

    3.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 32.1.

    4.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on June 28, 2013, at 9:30 a.m.

IT IS SO STIPULATED:

DATED: June 19, 2013                  /s  
                                        JODI LINKER  
                                        Attorney for Defendant

DATED: June 19, 2013                  /s  
                                        RANDY S. LUSKEY  
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 21, 2013                                      
                                        HON. LAUREL BEELER  
                                        United States Magistrate Judge